IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| A. M. B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:21-CV-283 (MTT) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

### ORDER

In response to Plaintiff's arguments, the Commissioner acknowledges that a remand is warranted in this social security appeal. The Commissioner's motion for a remand (Doc. 15) is hereby **GRANTED**. The Court **REMANDS** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g).[1] *See Shalala v. Schafer*, 509 U.S. 292, 296–97 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991). On remand, the Commissioner will refer matters to a different administrative law judge to reevaluate the evidence, and to issue a new decision.

**SO ORDERED**, this 25th day of February, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Sentence four of § 405(g) provides: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).

1