IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| A. M. B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:21-cv-283 (MTT) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Plaintiff moves for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  Doc. 18.  As modified by a joint stipulation (Doc. 19), Plaintiff's motion seeks an award of $7,551.60, and the Government does not object to Plaintiff's request.

Plaintiff's fee calculations comport with this Court's formula established in *Hartage v. Astrue*, No. 4:09-cv-48, 2011 WL 1123401 (M.D. Ga. 2011), and the total fee that Plaintiff requests is reasonable.  Accordingly, Plaintiff's motion, as modified by the joint stipulation, is **GRANTED**.  It is hereby **ORDERED** that Plaintiff is awarded $7,551.60 in attorney's fees under EAJA.  This award should be made payable to Plaintiff directly.  *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).

**SO ORDERED**, this 15th day of June, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT