IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ADRAIN M. BROWN,  *

       Plaintiff,  *

v.  Case No. 5:21-cv-00283-MTT-CHW

      *

COMMISSIONER OF SOCIAL SECURITY,

      *

       Defendant.

      *

## **J U D G M E N T**

Pursuant to the Order of this Court filed June 15, 2022, and for the reasons stated therein,

JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $7,551.60.

This 15th day of June, 2022.

                                      David W. Bunt, Clerk

                                      s/ Tydra Miller, Deputy Clerk